Case 4:17-po-05213-JTJ   Document 6   Filed 01/25/22   Page

FILED
1/24/2022
Clerk, U.S. District Court
District of Montana
Great Falls Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | GLOBAL ORDER DISMISSING CITATIONS AND QUASHING WARRANTS |
| Plaintiff, | |
| vs. | VIOLATION NOS. AND LOCATION CODES: |
| JUSTIN M. FITZOWICH, | PO-17-5188-GF-JTJ<br>6564672 – M13 |
| DENNIS J. FITZGERALD, | PO-17-5189-GF-JTJ<br>6564221 – M13 |
| GARRETT A. GOODBRAND, | PO-17-5190-GF-JTJ<br>6027621 – M13 |
| WOODROW C. HIGGINS, | PO-17-5198-GF-JTJ<br>6564337 – M13 |
| HYANHO JANG, | PO-17-5200-GF-JTJ<br>6563620 – M13 |
| BERNHARD K. MAYER, | PO-17-5213-GF-JTJ<br>6563589 – M13 |
| JEROD NEELY, | PO-17-5217-GF-JTJ<br>6564654 – M13 |
| KYLE S. RAY, | PO-17-5225-GF-JTJ<br>6026583 – M13 |
| JOSHUA J. SHOCKEY, | PO-17-5231-GF-JTJ<br>6027617 – M13 |
| MERLE J. SPOTTEDBEAR, JR., | PO-17-5234-GF-JTJ<br>6028141, 6028142, 6028144 – M13 |
| ERIK J. THOMAS, | PO-17-5235-GF-JTJ<br>6564159, 6564160 – M13 |
| GABRIEL A. THOMAS, | PO-17-5236-GF-JTJ<br>6564214 – M13 |

| | |
|---|---|
| **DYLAN E. THOMPSON,** | PO-17-5237-GF-JTJ<br>6026427 – M13 |
| **ANGIE A. CARMICHAEL,** | PO-17-5247-GF-JTJ<br>6562984 – M13 |
| **ASTAN KEMER,** | PO-17-5254-GF-JTJ<br>6026600 – M13 |
| **Defendants.** | |

Upon motion of the United States and for good cause shown, **IT IS ORDERED** that the above violations are **DISMISSED** pursuant to Fed. R. Crim. P. 48(a), and the warrants are **QUASHED**.

DATED this 24th day of January, 2022.

_____
John Johnston
United States Magistrate Judge